UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SSR GROUP, INC.; a California Corporation;<br>DIABLO AUTO MANAGEMENT, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 3:15-CV-05094-MEJ<br><br>**ORDER** |

**ORDER**

Defendant Diablo Auto Management, Inc., a California Corporation is hereby ordered dismissed without prejudice.

Dated: 11/30/2015

_____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Court Judge