UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

      Plaintiff,

   v.

SSR GROUP, INC.,

      Defendant.

Case No.  15-cv-05094-MEJ

**ORDER RE: MOTION TO DISMISS**

Re: Dkt. No. 16

On January 20, 2016, Defendant SSR Group, Inc. filed a Motion to Dismiss, arguing that Plaintiff Scott Johnson's ADA claims have been rendered moot by Defendant's elimination of the access barriers identified in his Complaint.  Prior to consideration of Defendant's motion, the Court finds it would be beneficial for the parties to meet and confer in an attempt to resolve this matter informally pursuant to General Order 56.  Accordingly, the Court ORDERS the parties to complete the initial disclosures, joint inspection of premises, and meet and confer requirements of General Order 56.  The parties shall file a joint status report within seven days of completion of these requirements.  The February 25, 2016 hearing on Defendant's motion is VACATED and all briefing deadlines under Civil Local Rule 7 are STAYED pending the outcome of the meet and confer process.

     **IT IS SO ORDERED.**

Dated: January 25, 2016

_____

MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California