UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>            Plaintiff,<br><br>    v.<br><br>SSR GROUP, INC.,<br><br>            Defendant. | Case No.  15-cv-05094-MEJ<br><br>**CASE MANAGEMENT ORDER** |

Having reviewed the parties' joint status report (Dkt. No. 24), the Court ORDERS as follows:

1) Plaintiff shall file an amended complaint by March 31, 2016.

2) The parties shall meet and confer regarding settlement by April 21, 2016.

3) The parties shall file a joint status report by May 5, 2016.  If unable to resolve this matter informally, the parties shall also file a Notice of Need for Mediation by May 5.

4) Defendant's Motion to Dismiss (Dkt. No. 17) is DENIED WITHOUT PREJUDICE based upon Plaintiff's filing of an amended complaint.

**IT IS SO ORDERED.**

Dated: March 8, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge