| | |
|---|---|
| 1 | SUNITA KAPOOR, LL.M (SBN #154186) |
| 2 | LAW OFFICES OF SUNITA KAPOOR |
| 3 | 4115 Blackhawk Plaza Circle, Suite 100<br>Danville, CA 94506 |
| 4 | Telephone: (925) 351-6789<br>Facsimile:  (925) 831-1059 |
| 5 | |
| 6 | Attorney for Defendant<br>SSR Group, Inc. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| Scott Johnson, | CASE NO. 3:15-cv-05094-MEJ |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO AMENDED COMPLAINT |
| SSR Group, Inc., a California corporation, | |
| Defendant. | |

Defendant, SSR Group, Inc., a California Corporation, (hereinafter referred to as "Defendant") and Plaintiff Scott Johnson, (hereinafter referred to as Plaintiff), submitted a stipulation for extension of time filed on April 11, 2016;

WHEREAS, the Amended Complaint was served on Counsel for Defendant on March 31, 2016 and Defendant's responsive pleading was due on April 21, 2016;

WHEREAS Counsel for Defendant sustained multiple fractures and was temporarily disabled;

WHEREAS Plaintiff and Defendant by and through their respective attorneys hereby stipulated to:

1) An extension in which to respond to Plaintiff's Amended Complaint from April 21, 2016 to June 6, 2016;

2) Parties agree to meet and confer regarding settlement by June 17, 2016;

3) Parties shall file a Joint Status Report by June 24, 2016. If unable to resolve this matter informally, the Parties shall also file a need for mediation by June 24, 2016.

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that the aforesaid extensions of time, altering the date of deadlines already fixed by the Court's Case Management Order dated March 8, 2016 are granted.

Dated: __June 21, 20__16                     _____
                                              Magistrate Judge Maria-Elena James